**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6838**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

STEVEN J. LALAS,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CR-93-239-A, CA-97-90-AM)

─────────────

Submitted: September 25, 1997        Decided: October 9, 1997

─────────────

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Steven J. Lalas, Appellant Pro Se. Mark Joseph Hulkower, Andrew Stuart Cowan, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Lalas</u>, Nos. CR-93-239-A; CA-97-90-AM (E.D. Va. Mar. 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>